UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Thomas Dorn,

    Plaintiff,

    v.

Casey Loudon,

    Defendant.

Civil Action No. 2:21–cv–153

## **ORDER**

On or before July 19, 2021, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 9th day of July 2021.

                                    */s/ Kevin J. Doyle*
                                    Kevin J. Doyle
                                    United States Magistrate Judge